# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**VALERIE HERRERA,**

    **Plaintiff,**

v.                                               No. 2:19-CV-00961-KRS-GJF

**ANTHONY MANFREDI, a Deputy formerly
with the Lincoln County Sheriff's Office,
in his individual capacity,**

    **Defendant.**

## STIPULATED ORDER GRANTING DEFENDANT ANTHONY MANFREDI'S MOTION FOR ORAL ARGUMENT ON HIS RULE 12(b)(6) OPPOSED MOTION TO DISMISS PLAINTIFF'S COMPLAINT IN LIEU OF AN ANSWER

**THIS MATTER** having come before the Court upon Defendant Anthony Manfredi's Motion For Oral Argument on His Rule 12(b)(6) Opposed Motion to Dismiss Plaintiff's Complaint in Lieu of an Answer, the Plaintiff giving her consent, and the Court being fully advised in the premises, FINDS that the Motion is well-taken and should be granted.

IT IS HEREBY ORDERED that Defendant's Motion For Oral Argument on His Rule 12(b)(6) Opposed Motion to Dismiss Plaintiff's Complaint in Lieu of an Answer is **GRANTED**. Oral argument on Defendant's Motion For Oral Argument on His Rule 12(b)(6) Opposed Motion to Dismiss Plaintiff's Complaint in Lieu of an Answer is set for **February 6, 2020** at **10:30 a.m.** in the Picacho Courtroom of the United States Courthouse in Las Cruces.

                                                     Honorable Kevin R. Sweazea
                                                     United States Magistrate Judge